HOHL v. HEWITT MOTOR CO. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Max P. Hohl against the Hewitt Motor Com-

pany. No opinion. Motion denied, with $10 costs. Order filed.